

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-21-00015-CV

———————————————————

IN RE ANNA SPOHN WELCH MARSH, Relator

---

Original Proceeding
355th District Court of Hood County, Texas
Trial Court No. D2019135

---

Before Bassel, Birdwell, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

This court's January 19, 2021 stay order is vacated.

Per Curiam

Delivered: March 2, 2021